IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MARY LEE DAVIS, as　　　　　　　　＊
Administrator of the Estate of
Fletcher Ray Stewart,　　　　　　＊
deceased,　　　　　　,
　　　　　　　　　　　　　　　　　＊　CASE NO. 3:16-CV-855-CDL-DAB
　　　Plaintiff,
　　　　　　　　　　　　　　　　　＊
vs.
　　　　　　　　　　　　　　　　　＊
BRYAN EDWARDS, *et al.*,

　　　Defendant,


ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 5, 2017, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

Accordingly, for the reasons stated in the Report and Recommendation, Defendants, Abbett, Edwards, Hough, and McMichael's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 41), Defendants, Abbett, Edwards, Hough, and McMichael's Supplemental Motion to Dismiss Plaintiff's Amended Complaint (Doc. 45), and Defendants' Barbour, Hardnett, Fenn, and City of

Dadeville's Motion to Dismiss (Doc. 47) are hereby GRANTED IN PART and DENIED IN PART as follows: Counts IV, V, VI, and VIII of Plaintiff's Amended Complaint are dismissed as to all Defendants. On Count VII, Defendants' motion to dismiss as to the Defendant Edwards is granted, and on the claims of negligence against Hardnett, Fenn, and the City of Dadeville the motion is granted. As to the remaining claims against Hardnett, Fenn, and the City of Dadeville, the motion is granted with leave to amend. In all other respects, the motions are denied.

SO ORDERED this December 21, 2017.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE